# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**JOAME FREJUSTE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-1958

[October 21, 2021]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; William L. Roby, Judge; L.T. Case No. 562008CF003659A.

Joame Frejuste, Blountstown, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., WARNER and ARTAU, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***